## UNSWORN DECLARATION BY INMATE

I, _Adam Ayala_, SID _879745_

Being presently incarcerated in the Bexar County Adult

Detention Center, San Antonio, Texas declare under Penalty of

Perjury that the foregoing instrument is true and correct.

Signed on this the _29th_ day of _January_, _2015_.

_____
Defendant

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 17 2015
Abel Acosta, Clerk

To: The court of criminal Appeals    1·29·15
P.O. BOX #12308
Capitol Station,
Austin, Texas 78711
                    RE: COA No. 04-13-00705-CR,
                    Tr. Ct. No. 2013 CR 1053, PD-1259-14
            Let this Serve as notice.

To the Honorable court of criminal Appeals of Texas:
    On the 23ʳᵈ day of January, 2015. I Adam
Ayala the said Appellant recieved a post
card from your office which states "The PRO-SE
petition for discreationary review has been
refused". I am PROSE and not repersented
by any legal aid.
    Therefore I the Appellant am in need
for your Honorable court to produce and find
on what grounds of facts has my PRO-SE
petition been "REFUSED" Including in
need of a copy or my motion which was
"REFUSED ED" on the 14ᵗʰ day of January 2015.
    I'm in the understanding "PDR-cannot
be used to raise new issue's, It is limited
to the issues raised in the court of Appeals."
Including the 11.07 format petition should only
be submitted after exhasting all other resources,
which I have done without addressing any other
facts or testimony then what was oppositely
addressed then requested by Mr. Alex J. Schaffer

I will like to take this time to Thank your Honorable court and can't wait to hear from your court soon.

Respectfully Requested

PRO-SE

Adain Ayala SID#879745
200 N. Comal
San Antonio, Texas 78207

Page 2 of 2